≈AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

FILED
DISTRICT COURT OF GUAM
MAY 2 7 2005
MARY L.M. MORAN
CLERK OF COURT



| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | |
| **GILBERT JOSE MATTA** | Case Number: **CR-05-00039-005** |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> **4th Floor, U.S. Courthouse** <br> **520 West Soledad Avenue** | 413 |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Friday, May 27, 2005 at 10:00 a.m.** |

To answer a(n)
X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE
(COUNT 2)**

ORIGINAL

| **MARILYN B. ALCON, Deputy Clerk** | *Marilyn B. Alcon* |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| **May 25, 2005** | |
| Date | |

## RETURN OF SERVICE

Service was made by me on:[1]   John McKenny   Date   5/25/2005

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: SERVED TO DEFENDANTS ATTORNEY

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   5-27-05
                   Date

J.L.R. SALAS
Name of United States Marshal

S/DUSM FRANKLIN J. TAIMAGUE
(by) Deputy United States Marshal

Remarks:

Attorney Louie Yanza.

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.