AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

FILED
DISTRICT COURT OF GUAM
MAY 27 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**JESSICA ROSE MESA**

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:    CR-05-00039-006



YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | **Date and Time** |
| Before:   **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Friday, May 27, 2005 at 10:00 a.m.** |

To answer a(n)
**X** Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)**

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

_Marilyn B. Alcon_
Signature of Issuing Officer

**May 25, 2005**
Date

## RETURN OF SERVICE

Service was made by me on:[1] _John Brown_  Date _5/25/2005_

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _SERVED TO DEFENDANT'S ATTORNEY_

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _5-27-05_         _J.C.G. SALAS_
           Date                Name of United States Marshal

                               _SIDUSM FRANKLIN J. THIMAVE_
                               (by) Deputy United States Marshal

Remarks:

_Attorney Jay Arnold_

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.