

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>**GERARDO ELOY GONZALEZ, JR., et al.,**<br><br>Defendants. | CRIMINAL CASE NO. 05-00039<br><br>O R D E R |
|---|---|

IT IS HEREBY ORDERED that **G. PATRICK CIVILLE** is appointed to represent defendant **LISA MARIE RODRIGUEZ aka LISA RODRIGUEZ-COLE.**

Dated this 27th day of May, 2005.

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM