AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

**FILED**
DISTRICT COURT OF GUAM
JUN 13 2005
MARY L.M. MORAN
CLERK OF COURT
(34)

UNITED STATES OF AMERICA

V.

SEALED

**NOTICE**

CASE NUMBER: CR-05-00039

---

TYPE OF CASE:   ☐ CIVIL   X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**MOTION TO RECONSIDER DETENTION**

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE  District Court of Guam<br>4th Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | DATE AND TIME PREVIOUSLY SCHEDULED<br>Wednesday, June 15, 2005 - 11:30 a.m. | CONTINUED TO DATE AND TIME<br>Thursday, June 16, 2005 at 2:45 p.m. |
|---|---|---|

**MARY L.M. MORAN**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

June 13, 2005
DATE

BY: *Rosita P. San Nicolas*
ROSITA P. SAN NICOLAS, CHIEF DEPUTY CLERK

TO:  USA (6/13/05 Michelle 10:50 am)
     MARIVIC DAVID
ACKNOWLEDGED RECEIPT
By: /s/
Date: 6/13/05

LOUIE YANZA
(6/13/05 Sevida 11:10 am)
ACKNOWLEDGED RECEIPT
By:
Date: 6/13/05

U.S.P.O.
ACKNOWLEDGED RECEIPT
By:
Date: 6/13/05

U.S.M.S
ACKNOWLEDGED RECEIPT
By:
Date: 6/13/05

ORIGINAL