HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000


**FILED**
DISTRICT COURT OF GUAM
JUN 24 2005
MARY L.M. MORAN
CLERK OF COURT

Attorney for defendant Sean Michael Cole

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 05-00039 |
| Plaintiff, | ( | REQUEST FOR PRODUCTION OF EXCULPATORY AND IMPEACHMENT EVIDENCE (BRADY V. MARYLAND, 373 U.S. 83 (1963).) |
| vs. | ( | |
| GERARDO ELOY GONZALEZ, JR., et al., | ( | |
| Defendants. | ( | |

Defendant Sean Michael Cole requests that the government produce all evidence favorable to defendant and material either to guilt or to punishment including, but not limited to, all information about its witnesses that could cast doubt upon their credibility, and in connection with the latter, that the government undertake, in accordance with the policy set forth in United States v. Jennings, 960 F.2d 1488, 1492 n.3 (9th Cir. 1992), an examination of the personnel files of its law enforcement officer witnesses for such material.

Dated, Hagåtña, Guam,

June 24, 2005.

HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant
Sean Michael Cole

U.S. ATTORNEYS OFFICE
DISTRICTS OF GUAM & NMI
JUN 2 4 2005
RECEIVED
(REQUEST\PRODUCTN.SCole)

ORIGINAL

## DECLARATION OF SERVICE

I, Leilani Ada, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for defendant Sean Michael Cole herein, and that I served the document to which this declaration is annexed on Marivic P. David, Esq., Assistant United States Attorney, the attorney for plaintiff herein, by leaving a copy at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, Ms. David's last known address, with a person in charge thereof, on June 24, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2005, at Hagåtña, Guam.

_____
LEILANI ADA