AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

FILED
DISTRICT COURT OF GUAM
JUN 2 8 2005
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA | NOTICE |
|---|---|
| V. | |
| GERARDO ELOY GONZALES, JR., et. al. | CASE NUMBER: CR-05-00039 |



| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | X CRIMINAL |

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| **District Court of Guam** <br> **4th Floor, U.S. Courthouse** <br> **520 West Soledad Avenue** | 413 |
| | DATE AND TIME |
| | Friday, July 1, 2005 at 2:00 p.m. |

TYPE OF PROCEEDING

**MOTION TO CONTINUE TRIAL**

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

MARY L.M. MORAN
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

June 28, 2005
DATE

(BY) DEPUTY CLERK

TO: U.S. Attorney's Office        William L. Gavras
    Howard Trapp                  Samuel T. Teker
    Joaquin C. Arriola, Jr.       Louie J. Yanza
    G. Patrick Civille
    Cynthia V. Ecube