ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez
4  Hagåtña, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334

6  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 11 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00048 (05-00039) |
| Plaintiff, | |
| vs. | **STIPULATION OF PARTIES TO UNSEAL RECORD; AND ORDER** |
| GERARDO ELOY GONZALEZ, JR., JOHN TIMOTHY PERALTA, DEANNA INGRID MORALES a/k/a DEANNA MORALES GUERRERO, SEAN MICHAEL COLE a/k/a SHAWN COLE, GILBERT JOSE MATTA, JESSICA ROSE MESA, LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, and ANNETTE JOYCE GONZALEZ a/k/a ANNETTE ROMERO, | |
| Defendants. | |

The parties in the above-entitled matter, the United States of America, and the defendants, by and through their respective counsel, and moves this Honorable Court for an Order unsealing

//
//
//
//
//



1  the record in the above-entitled cause, for the reason that the investigation in this case is now
2  complete and there is no further reason for these proceedings to remain silent.
3     SO STIPULATED.

|   |   |
|---|---|
| | LEONARDO M. RAPADAS<br>United States Attorney<br>Districts of Guam and NMI |
| DATED: 7/8/05 | By: *signature*<br>MARIVIC P. DAVID<br>Assistant U.S. Attorney |
| DATED: 7/8/05 | *signature*<br>CYNTHIA V. ECUBE<br>Attorney for Defendant<br>Gerardo Eloy Gonzalez, Jr. |
| DATED: 7-8-05 | *signature*<br>WILLIAM L. GAVRAS<br>Attorney for Defendant<br>John Timothy Peralta |
| DATED: 7-11-05 | *signature*<br>SAMUEL S. TEKER<br>Attorney for Defendant<br>Deanna Ingrid Morales |
| DATED: _____ | HOWARD TRAPP<br>Attorney for Defendant<br>Sean Michael Cole |
| DATED: 7/8/05 | *signature*<br>LOUIE J. YANZA<br>Attorney for Defendant<br>Gilbert Jose Matta |

//
//
//
//
//

DATED: 7/㐂/㐂

JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant
Lisa Marie Rodriguez

JESSICA MESA

**IT IS SO ORDERED** that the record be unsealed this 11d day of July, 2005.

ROBERT M. TAKASUGI*
United States District Judge
District Court of Guam

*The Honorable Robert M. Takasugi, United States District Court Judge for the Central District of California, sitting by designation



RECEIVED
JUL 11 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-3-