(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant Sean Michael Cole

**FILED**
DISTRICT COURT OF GUAM

JUL 29 2005

MARY L.M. MORAN
CLERK OF COURT

(55)

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Case No. CR 05-00039 |
| | ) | |
| Plaintiff, | ( | NOTICE OF HEARING |
| | ) | |
| vs. | ( | |
| | ) | |
| GERARDO ELOY GONZALEZ, JR., | ( | |
| et al., | ) | |
| | ( | |
| Defendants. | ) | |

------------

PLEASE TAKE NOTICE that the undersigned will bring on the

motion to dismiss, which on July 28, 2005 was served and filed by

defendant Sean Michael Cole in this proceeding, for hearing before

the Court at United States Courthouse, 520 West Soledad Avenue,

Hågatña, Guam, on AUG 2 2005 _11_ at 10:45 _30_ _p_ .M. _A.M._

Dated, Hagåtña, Guam,

July 28, 2005.

HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant
Sean Michael Cole

(NOTICE\Noticehrg.SCole)

ORIGINAL