IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



FILED
DISTRICT COURT OF GUAM
JUL 29 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00039-008  DATE: 07/29/2005  TIME: 11:43 a.m.

HON. FRANCES M. TYDINGCO-GATEWOOD, Designated Judge  Law Clerk: Kim Walmsley
Court Reporter: Wanda M. Miles  Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 11:43:08 - 12:03:20  CSO: F. TEnorio

* * * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * *

DEFT: <u>ANNETTE JOYCE GONZALEZ aka</u>  ATTY: <u>DAVID RIVERA</u>
<u>ANNETTE ROMERO</u>  ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED
( X ) PRESENT ( ) CUSTODY ( ) BOND ( ) P.R.

U.S. ATTORNEY: MARIVIC DAVID  AGENT: JOHN DUENAS, IMMIGRATION AND CUSTOMS ENFORCEMENT

U.S. PROBATION: CARLEEN BORJA  U.S. MARSHAL: R. LUMAGUI / F. TAITAGUE

**PROCEEDINGS: INITIAL APPEARANCE RE INDICTMENT / ARRAIGNMENT**

( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: <u>DAVID RIVERA</u>, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: <u>41</u>  SCHOOL COMPLETED: <u>11TH Grade</u>
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION
( X ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT
( X ) PLEA ENTERED: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: <u>COUNTS I, II, AND IV</u>
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( X ) TRIAL SET FOR: <u>AUGUST 30, 2005</u> at <u>9:00 A.M.</u>

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

<u>The Court stated that the trial date is set for August 30, 2005.</u>

<u>The Court advised the defendant of the charges against her. Government recommended detention. Defense argued for release and stated his reasons. The Probation Officer recommended detention and stated her basis for the recommendation.</u>

<u>Accordingly, the Court remanded the defendant to the custody of the U.S. Marshal Service.</u>