LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM

AUG - 8 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN TIMOTHY PERALTA,<br>DEANNA INGRID MORALES<br>a/k/a DEANNA MORALES GUERRERO,<br>**SEAN MICHAEL COLE**<br>**a/k/a SHAWN COLE,**<br>GILBERT JOSE MATTA,<br>JESSICA ROSE MESA,<br>LISA MARIE RODRIGUEZ<br>a/k/a LISA RODRIGUEZ-COLE, and<br>ANNETTE JOYCE GONZALEZ<br>a/k/a ANNETTE ROMERO,<br><br>    Defendants. | CRIMINAL CASE NO. 05-00039<br><br>**INFORMATION CHARGING PRIOR**<br>**FELONY DRUG CONVICTION OF**<br>**DEFENDANT SEAN MICHAEL COLE** |

### NOTICE OF INTENTION TO SEEK ENHANCED
### PENALTY AGAINST DEFENDANT

Plaintiff, United States of America, pursuant to Title 21, United States Code, Section 851,

hereby informs the Court and the defendant, SEAN MICHAEL COLE a/k/a SHAWN COLE, of

its intention to seek an enhanced penalty in the event he is convicted on either Counts I, II, or III of the pending indictment.

Defendant, SEAN MICHAEL COLE a/k/a SHAWN COLE, has a prior conviction for a felony drug offense. Specifically, he was convicted in the Superior Court of California, County of Alameda on about October 5, 1998 of possession for sale of a controlled substance, to wit: methamphetamine, Case No. 331235; H-26063, in violation of Section 11378 of the Health and Safety code of California. Defendant was also convicted in the Superior Court of California, County of Alameda on about December 6, 2002 of possession of a controlled substance, to wit: methamphetamine, Case No. H32949, in violation of Section 11377(a) of the Health and Safety Code of California. Each of these offenses constitutes a "prior felony drug offense" 21 U.S.C. §841(b)(1)(A)(viii). Accordingly, the United States intends to purse the enhanced punishment of a term of imprisonment not less than 20 years and up to life, in the event the defendant is convicted of either Counts I, II, or III of the pending indictment.

DATED this 8th day of August, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

2