(CCC)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant Sean Michael Cole

DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Case No. CR 05-00039 |
| | ) | |
| Plaintiff, | ( | DEFENDANT SEAN MICHAEL |
| | ) | COLE'S REPLY TO GOVERN- |
| vs. | ( | MENT'S RESPONSE TO DEFEND- |
| | ) | ANT SEAN MICHAEL COLE'S |
| GERARDO ELOY GONZALEZ, JR., | ( | MOTION TO DISMISS THE |
| et al. | ) | INDICTMENT |
| | ( | |
| Defendants. | ) | |

The government relies on *Serfass v. United States*, 420 U.S. 377 (1975).

First, *Serfass* is inapposite. It addresses the protection against a second prosecution for the same offense after acquittal. It does not address the protection against multiple punishments for the same offense.

ORIGINAL

(DEFENDANT SEAN MICHAEL COLE'S REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT SEAN MICHAEL COLE'S MOTION TO DISMISS THE INDICTMENT)
Case No. CR 05-00039

> Secondly, *Serfass* holds
>
> only that the Double Jeopardy Clause does not bar an appeal by the United States under 18 U.S.C. § 3731 with respect to a criminal defendant who has not been "put to trial before the trier of the facts, whether the trier be a jury or a judge." *United States v. Jorn*, 400 U.S., at 479.

(420 U.S. at 394.)

Finally, jeopardy attaches at the point at which the constitutional purpose and policies of the Double Jeopardy Clause become implicated:

> The threshold question is whether the defendant was once placed in jeopardy by the proceedings below. There are no mechanical rules for deciding whether jeopardy has attached. As the Supreme Court has declared, the phrase is used to mark that "point in [the] criminal proceedings at which the constitutional purpose and policies" of the double jeopardy clause become implicated. *Serfass v. United States*, 420 U.S. 377, 388, 95 S.Ct. 1055, 1062, 43 L.Ed.2d 265 (1975), *citing United States v. Jorn*, 400 U.S. 470, 480, 91 S.Ct. 547, 27 L.Ed.2d 543 (1971).

(*United States v. Finch*, 548 F.2d 822, 824 (9th Cir. 1976)(Kennedy, J.).) The protection against multiple punishments for the same offense became implicated when defendant Sean Michael Cole was punished. Accordingly, when defendant

(DEFENDANT SEAN MICHAEL COLE'S REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT SEAN MICHAEL COLE'S MOTION TO DISMISS THE INDICTMENT)
Case No. CR 05-00039

Sean Michael Cole was punished, jeopardy attached.

    Dated at Hagåtña, Guam.

    August 9, 2005.

*[signature]*
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant
  Sean Michael Cole

(MOTIONS/RplytoMtntoDismiss.SCole)

## DECLARATION OF SERVICE

I, Leilani Ada, declare that I am an administrative assistant employed in the office of Howard Trapp, Esq., the attorney for defendant Sean Michael Cole herein, and that I served the document to which this declaration is annexed on Marivic P. David, Esq., Assistant United States Attorney, the attorney for plaintiff herein, by leaving a copy at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, Ms. David's last known address, with a person in charge thereof, on August 9, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2005, at Hagåtña, Guam.

*Leilani Ada*
LEILANI ADA

## DECLARATION OF SERVICE

I, Leilani Ada, declare that I am an administrative assistant employed in the office of Howard Trapp, Esq., the attorney for defendant Sean Michael Cole herein, and that I served the document to which this declaration is annexed on William Gavras, Esq., the attorney for defendant John Timothy Peralta herein, by leaving a copy at Law Offices of Gorman & Gavras, P.C., 2nd Floor, J&R Building, 208 Route 4, Hagåtña, Guam, Mr. Gavras's last known address, with a person in charge thereof, on August 9, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2005, at Hagåtña, Guam.

_____
LEILANI ADA

## DECLARATION OF SERVICE

I, Leilani Ada, declare that I am an administrative assistant employed in the office of Howard Trapp, Esq., the attorney for defendant Sean Michael Cole herein, and that I served the document to which this declaration is annexed on Cynthia V. Ecube, Esq., the attorney for defendant Gerardo Eloy Gonzalez, Jr. herein, by leaving a copy at Law Offices of Cynthia V. Ecube, 207 Martyr Street, Suite 3, Travel Pacificana Bldg., Hagåtña, Guam, Ms. Ecube's last known address, with a person in charge thereof, on August 9, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2005, at Hagåtña, Guam.

_____
LEILANI ADA

## DECLARATION OF SERVICE

I, Leilani Ada, declare that I am an administrative assistant employed in the office of Howard Trapp, Esq., the attorney for defendant Sean Michael Cole herein, and that I served the document to which this declaration is annexed on Joaquin C. Arriola, Jr., Esq., the attorney for defendant Jessica Rose Mesa herein, by leaving a copy at Arriola, Cowan & Arriola, 259 Martyr Street, Suite 201, Hagåtña, Guam, Mr. Arriola's last known address, with a person in charge thereof, on August 9, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2005, at Hagåtña, Guam.

*[signature]*
_____
LEILANI ADA

## DECLARATION OF SERVICE

I, Leilani Ada, declare that I am an administrative assistant employed in the office of Howard Trapp, Esq., the attorney for defendant Sean Michael Cole herein, and that I served the document to which this declaration is annexed on Samuel S. Teker, Esq., the attorney for defendant Deanna Ingrid Morales herein, by leaving a copy at Teker Torres & Teker, P.C., 130 Aspinall Avenue, Suite 2A, Hagåtña, Guam, Mr. Teker's last known address, with a person in charge thereof, on August 9, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2005, at Hagåtña, Guam.

_____
LEILANI ADA

## DECLARATION OF SERVICE

I, Leilani Ada, declare that I am an administrative assistant employed in the office of Howard Trapp, Esq., the attorney for defendant Sean Michael Cole herein, and that I served the document to which this declaration is annexed on Louis J. Yanza, Esq., the attorney for defendant Gilbert Jose Matta herein, by leaving a copy at Maher, Yanza, Flynn, Timblin, LLP, 115 Hesler Place, Ground Floor, Governor Joseph Flores Building, Hagåtña, Guam, Mr. Yanza's last known address, with a person in charge thereof, on August 9, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2005, at Hagåtña, Guam.

_____
LEILANI ADA

## DECLARATION OF SERVICE

I, Leilani Ada, declare that I am an administrative assistant employed in the office of Howard Trapp, Esq., the attorney for defendant Sean Michael Cole herein, and that I served the document to which this declaration is annexed on Patrick G. Civille, Esq., the attorney for defendant Lisa Marie Rodriguez herein, by leaving a copy at Civille & Tang, PLLC, Suite 200, 330 Hernan Cortez Avenue, Hagåtña, Guam, Mr. Civille's last known address, with a person in charge thereof, on August 9, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2005, at Hagåtña, Guam.

_____
LEILANI ADA