HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant Sean Michael Cole

**FILED**
DISTRICT COURT OF GUAM

AUG 10 2005

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 05-00039 |
| | ) | |
| Plaintiff, | ( | STIPULATION |
| | ) | |
| vs. | ( | |
| | ) | |
| GERARDO ELOY GONZALEZ, JR., et al., | ( | |
| | ) | |
| | ( | |
| Defendants. | ) | |

------------

It is stipulated that defendant Sean Michael Cole's motion to dismiss the indictment, hereto for set for hearing on August 11, 2005, is withdrawn without prejudice and that the same be dropped from the calendar. The reason for this stipulation is that the parties are engaged in discussions with a view toward reaching a plea agreement. It is contemplated that any plea agreement reached by the parties will provide for the withdrawal of the said motion with prejudice.

Dated at Hagåtna, Guam, this 10th day of August, 2005.

MARIVIC P. DAVID
ASSISTANT U.S. ATTORNEY
Attorney for plaintiff

HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant
Sean Michael Cole

(stipulation.SCole)

**ORIGINAL**