HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant Sean Michael Cole

**FILED**
DISTRICT COURT OF GUAM
AUG 11 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

---

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 05-00039 |
|---|---|---|
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| GERARDO ELOY GONZALEZ, JR., et al., | ) | |
| Defendants. | ) | |

---

The parties having stipulated hereto, and the Court being fully advised,

IT IS ORDERED that defendant Sean Michael Cole's motion to dismiss the indictment, hereto for set for hearing on August 11, 2005, is withdrawn without prejudice ~~and that the same is dropped from the calendar~~.

Dated at Hagåtña, Guam, this 10th day of August, 2005.

CONSUELO B. MARSHALL
United States District Judge

(order.SCole)



RECEIVED
AUG 10 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL