ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

AUG 17 2005 qp

MARY L.M. MORAN
CLERK OF COURT

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, | ) | |
| | ) | **SUPERSEDING INFORMATION** |
| | ) | **CHARGING PRIOR FELONY** |
| vs. | ) | **DRUG CONVICTION** |
| | ) | |
| SEAN MICHAEL COLE a/k/a SHAWN COLE, | ) | |
| Defendant. | ) | |

### NOTICE OF INTENTION TO SEEK ENHANCED PENALTY AGAINST DEFENDANT

Plaintiff, United States of America, pursuant to Title 21, United States Code, Section 851, hereby informs the Court and defendant, SEAN MICHAEL COLE a/k/a SHAWN COLE, of its intention to seek an enhanced penalty in the event he is convicted on either Counts I, II, or III of the pending indictment.

Defendant, SEAN MICHAEL COLE a/k/a SHAWN COLE, has a prior conviction for a felony drug offense. Specifically, he was convicted in the Superior Court of California, County of Alameda on about October 5, 1998 of possession for sale of a controlled substance, to wit: methamphetamine, Case No. 331235; H-26063, in violation of Section 11378 of the Health and

Safety code of California. This offense constitutes a "prior felony drug offense" 21 U.S.C. §841(b)(1)(A)(viii). Accordingly, the United States intends to purse the enhanced punishment of a term of imprisonment not less than 20 years and up to life, in the event the defendant is convicted of either Counts I, II, or III of the pending indictment. This superseding information supersedes the information filed in this criminal proceeding on August 8, 2005.

DATED this 17th day of August 2005.

                    LEONARDO M. RAPADAS
                    United States Attorney
                    Districts of Guam and CNMI

By: _____
     MARIVIC P. DAVID
     Assistant U.S. Attorney

2