IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**


**FILED**
DISTRICT COURT OF GUAM
AUG 18 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00039-004**          **DATE: August 18, 2005**

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge | Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles | Courtroom Deputy: Leilani Toves Hernandez
**Hearing Electronically Recorded: 10:26:20 - 10:48:08** | CSO: J. McDonald

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: SEAN MICHAEL COLE**  |  **ATTY: HOWARD TRAPP**
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R. | ( X ) PRESENT  ( X ) RETAINED  ( ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY: MARIVIC DAVID** | **AGENT:**

**U.S. PROBATION: GRACE FLORES** | **U.S. MARSHAL: W. GRAY**

**PROCEEDINGS:         CHANGE OF PLEA**

( X ) DEFENDANT SWORN AND EXAMINED: AGE: __32__   SCHOOL COMPLETED: __HIGH SCHOOL__
( ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: __COUNT II__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: __8/16/2005__   PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.
( ) SENTENCING DATE: _____ at _____    ( X ) STATUS HEARING: November 16, 2005 at 1:30 p.m.
( ) PRESENTENCE REPORT ORDERED AND DUE: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED AS PREVIOUSLY ORDERED BY THE COURT

**NOTES:**

**Defendant executed a written consent to enter his plea of guilty before a U.S. Magistrate Judge.**

**The Court executed the Report and Recommendations Concerning Plea of Guilty.**

**Courtroom Deputy:** _____