**FILED**
DISTRICT COURT OF GUAM

SEP 0 2 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00039 |
| )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SEAN MICHAEL COLE a/k/a )<br>SHAWN COLE, )<br>)<br>Defendant. ) | **ORDER** |

On August 18, 2005, the Defendant entered a guilty plea before the Magistrate Judge to Count II of the Indictment charging him with Conspiracy to Distribute over 100 grams of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846. After conducting the appropriate Rule 11 inquiry, the Magistrate Judge recommended that the Defendant's guilty plea be accepted. See Report and Recommendation, Docket No. 95. On August 19, 2005, the Magistrate Judge's Report and Recommendation was served upon the Defendant and advised him that written objections thereto had to be filed within ten (10) days of service upon him.

On August 29, 2005, the Court accepted the Defendant's guilty plea and adjudged him guilty of such offense. However, said acceptance was premature since the time for filing objections to the Magistrate Judge's Report and Recommendation had not yet passed. Accordingly, the Court's acceptance of the guilty plea (Docket No. 126) is hereby vacated. The

1  Defendant shall have until September 12, 2005, to file any written objection to the Magistrate

2  Judge's Report and Recommendation.  The Court will thereafter take appropriate action on the

3  Magistrate Judge's Report and Recommendation and any objection filed.

4       IT IS SO ORDERED.

5       DATED this  2  day of September 2005.

6

7                                          _____

8                                              S. JAMES OTERO*
                                             District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27       * The Honorable S. James Otero, United States District Judge for the Central District of

28  California, sitting by designation.