**DISTRICT COURT OF GUAM**

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>    vs.<br><br>Sean Michael Cole,<br>aka Shawn Cole,<br><br>          Defendant. | Case No. 1:05-cr-00039<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order, filed September 2, 2005*** on the dates indicated below:

*U.S. Attorney's Office*             *Howard Trapp*
*September 6, 2005*                  *September 6, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Order, filed September 2, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 6, 2005             /s/ Leilani R. Toves Hernandez
                                                                Deputy Clerk