IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN MICHAEL COLE a/k/a<br>SHAWN COLE,<br><br>Defendant. | CRIMINAL CASE NO. 05-00039<br><br>**ACCEPTANCE OF PLEA OF GUILTY,<br>ADJUDICATION OF GUILT AND<br>NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count II of an Indictment charging him with Conspiracy to Distribute over 100 grams of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED this 4 day of ~~September~~ Oct. 2005.

LLOYD D. GEORGE
District Judge

ORIGINAL

* The Honorable Lloyd D. George, United States Senior District Judge for the District of Nevada, sitting by designation.