# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>   vs.<br><br>Sean Michael Cole aka Shawn Cole,<br><br>          Defendant. | Case No. 1:05-cr-00039-004<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Granting Report and Recommendation filed October 4, 2005,* on the dates indicated below:

*U.S. Attorney's Office*           *G. Patrick Civille*
*October 5, 2005*           *October 5, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Order Granting Report and Recommendation filed October 4, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 5, 2005          /s/ Marilyn B. Alcon
                                               Deputy Clerk