LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER**<br>**November 8, 2005**<br>**Stipulation of Parties** |
| SEAN MICHAEL COLE<br>a/k/a SHAWN COLE, | ) | |
| Defendant. | ) | |

Based on the Stipulation of Parties filed on November 8, 2005, in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the November 16, 2005, status hearing is vacated, and that sentencing is set for March 6, 2006, at 9:15 a.m. before Judge James L. Robart.[1] The presentence report shall be provided to the parties by January 11, 2006. The parties shall file their responses to the presentence report no later than January 25, 2006. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than February 13, 2006.

DATE: November 8, 2005

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

---

[1] The Honorable James L. Robart, United States District Judge for the Western District of Washington, sitting by designation.