LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

MAR - 3 2006 ᛏᑭ

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, | |
| vs. | GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE UNDER USSG § 5K1.1 AND 18 U.S.C. § 3553(e) |
| SEAN MICHAEL COLE, a/k/a SHAWN COLE, | |
| Defendant. | |

Comes now the United States and moves, pursuant to USSG § 5K1.1 and 18 U.S.C. § 3553(e), for a downward departure from the statutory mandatory minimum sentence of 20 years for defendant, a person with a prior felony drug conviction under 21 U.S.C. § 841(b)(1)(A), to the applicable total offense level of Level 31. A Criminal History Category IV and Level 31 yield an advisory guideline range of 151 to 188 months.

After the defendant pled guilty on August 16, 2005, he assisted the government in preparation for trials of two other co-defendants: Jessica Rose Mesa and Gilbert Matta concerning certain transcripts of recorded conversations they made during a controlled delivery of drugs. Mesa in turn pled guilty to a drug offense on October 17, 2005. Both the defendant and Mesa testified as

government witnesses in the trial of co-defendant Matta during October 2005 which resulted, however, in an acquittal.

The government will recommend the minimum term under said applicable range.

RESPECTFULLY SUBMITTED this 3rd day of March 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *(signature)*

MARIVIC P. DAVID
Assistant U.S. Attorney