(ryu)

HOWARD TRAPP
Howard Trapp Incorporated
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000
Facsimile (671) 477-2040

Attorney for defendant Sean Michael Cole

FILED
DISTRICT COURT OF GUAM
MAR -8 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 05-00039 |
| Plaintiff, | STIPULATION |
| vs. | |
| GERARDO ELOY GONZALEZ, JR., et al., | |
| Defendants. | |

It is stipulated that the Court recommend to the United States Bureau of Prisons that defendant Sean Michael Cole be incarcerated at FCI Herlong in the Sierra highlands of northern California.

Dated at Hagåtña, Guam, this 8th day of March, 2006.

MARIVIC P. DAVID
ASSISTANT U.S. ATTORNEY
Attorney for plaintiff

HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant
   Sean Michael Cole

(Stipulation.SCole)

ORIGINAL