| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>vs.<br><br>Sean Michael Cole aka Shawn Cole,<br><br>          Defendant. | Case No. 1:05-cr-00039-004<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Judgment and the Notice of Entry of Order filed March 8, 2006***, on the dates indicated below:

| *U.S. Attorney's Office* | *Howard Trapp* | *U.S. Probation Office* | *U.S. Marshals Service* |
| *March 9, 2006* | *March 9, 2006* | *March 9, 2006* | *March 9, 2006* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment and the Notice of Entry of Order filed March 8, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 9, 2006                                                    /s/ Leilani R. Toves Hernandez
                                                                                                               Deputy Clerk